IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JAMES TOWER,[1] | § |
| | § No. 447, 2017 |
| Petitioner Below-<br>Appellant, | § |
| | § |
| | § |
| v. | § Court Below—Family Court |
| | § of the State of Delaware |
| JANET FORRESTER, | § |
| | § File No. CN14-04728 |
| Respondent Below-<br>Appellee. | § Petition No. 17-07446 |
| | § |

Submitted:  February 15, 2018
Decided:    February 21, 2018

## **O R D E R**

The Court issued a notice to the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file his opening brief and appendix. The appellant was served with the notice to show cause on February 5, 2018. He failed to respond within the required ten-day period. Thus, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).